1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Juan Carlos Araujo-Parra

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE CATHY ANN BENCIVENGO)**

11 UNITED STATES OF AMERICA,           )   Case No. 08MJ1475-02
                                       )
12              Plaintiff,             )
                                       )
13 v.                                  )   **CERTIFICATE OF SERVICE**
                                       )
14 JUAN CARLOS ARAUJO-PARRA,           )
                                       )
15              Defendant.             )
   _____ )
16

17       Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                            U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov;
19
                              Oliver P. Cleary
20          opcleary@pacbell.net,arleencastro@gmail.com;

21                         Wayne Charles Mayer
                           wcmayer@aol.com; and
22
                           Stephen W. Peterson
23                         swplaw@sbcglobal.net

24                              Respectfully submitted,

26 DATED:    May 15, 2008              /s/ Elizabeth M. Barros
                                       **ELIZABETH M. BARROS**
27                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Juan Carlos Araujo-Parra
28